In the Matter of the Application of MARY O'SHEA GROUT and Certain Others Similarly Situated, Respondents, for an Order of Mandamus against JAMES E. FINEGAN, President, and Others, as Commissioners, Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of FRANK C. HART, Deceased, as a Will of Real and Personal Property. MARION ALEXANDER HART, Contestant, Appellant, FRANK C. HART, JR., and Others, Contestants, H. VICTOR CRAWFORD and Others, Petitioners, Respondents, and MURIEL CONSTANCE WOODWORTH HART, Respondent.— Decree unanimously modified by reducing the costs of the petitioners against Marion Alexander Hart, personally, as taxed to the sum of seventy dollars, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of MARK HENRY SCHNEIDER.— Application denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of THE NEW HAVEN BANK, N. B. A., as Executor, etc., of CALVERT TOWNLEY, Deceased. GERTRUDE V. R. DANIELS, Claimant, Appellant.— Order, and decree so far as appealed from unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Untermyer and Cohn, JJ.

LILLIAN HENDRY and Others, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

GREAT AMERICAN INDEMNITY COMPANY, Appellant, v. ANTONIO DI MARCO, Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

AMERICAN PHARMACEUTICAL COMPANY, INC., Appellant, v. NEWS SYNDICATE COMPANY, INC. (Sued Herein as THE NEWS), Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within ten days after service of order upon payment of said costs and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MAGDA CHAIRMAN, Respondent, v. IRVING I. CHAIRMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS SHOR, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.